FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 DEC -1  AM 11: 56

CLERK _____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

|  |  |  |
|---|---|---|
| CURTIS LEE BROWN, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  CV406-113 |
| | ) | |
| SHERIFF AL ST. LAWRENCE, | ) | |
| COL. McARTHUR HOLMES, CAPT. | ) | |
| DAVIS, LT. LAMB, SGT. BRYANT, | ) | |
| CPL. WRIGHT, PRISON HEALTH | ) | |
| SYSTEM, INC., DR. LUCAS LEWIN, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed.   Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _1ST_ day of _DECEMBER_, 2006.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA